UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAUCH ) | |
| ) | |
| Plaintiff(s), ) | No. C05-2743 BZ |
| ) | |
| v. ) | **NOTICE OF RECUSAL** |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |

I hereby recuse myself in the above action.

Dated: July 13, 2005

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\BRAUCHRECUSAL.NOTICE.wpd

1