FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:  (415) 433-2070
Facsimile:  (415) 982-2076

FILED
SEP 22 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs

(Additional counsel are listed on Signature Page)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02743 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES |

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 5, 2005 as an antitrust class action against defendant Intel Corp.;

WHEREAS, in its Order entered July 5, 2005, the Court scheduled a case management conference for November 7, 2005 at 4:00 p.m.;

58753.1
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

1  WHEREAS, in its Order entered July 5, 2005, the Court scheduled the due date for the Joint Case Management Statement for October 31, 2005;

WHEREAS, in its Order entered July 5, 2005, the Court scheduled the initial disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for October 31, 2005;

WHEREAS, over 65 similar actions have been filed in various United States District Courts. All those cases, including this case, are subject to motions to transfer and consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL") in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.

WHEREAS, in light of such motions before the MDL Panel and the potential for transfer of this case by the MDL Panel to another district, Plaintiffs and Intel Corp. have agreed that in the interests of judicial efficiency and economy, the dates currently set for the (1) case management conference, (2) the Joint Case Management Statement as well as (3) all Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days.

IT IS HEREBY STIPULATED

Dated: September 21, 2005          Counsel for Plaintiffs Brauch and Meimes

By: /s/ Alex C. Turan
_____

MICHAEL P. LEHMANN
THOMAS P. DOVE
ALEX C. TURAN
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076

FRANCIS O. SCARPULLA
LAW OFFICES OF FRANCIS O.
   SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:   (415) 788-0707

58753.1                                    -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

1
2
3
4

CRAIG C. CORBITT
ZELLE HOFMANN VOELBEL MASON &
    GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

5  Dated: September 21, 2005          Counsel for defendant Intel Corporation

6                                     By: _____
7                                         JOY K. FUYUNO
                                          BINGHAM McCUTCHEN LLP
                                          Three Embarcadero Center
8                                         San Francisco, CA  94111-4067
                                          Telephone:   (415) 393-2000
9                                         Facsimile:   (415) 393-2286

10

11  I, Alex C. Turan, am the ECF user whose ID and password are being used to file this
    Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26
12  Deadlines.  In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno,
    attorney for defendant Intel Corporation, has concurred in this filing.

13                                    By:  /s/ Alex C. Turan
14                                         ALEX C. TURAN

15  PURSUANT TO STIPULATION, IT IS SO ORDERED

16  Dated: September 22, 2005
17                                    By: _____
                                          HON. MARILYN HALL PATEL
18                                        United States District Judge

19
20
21
22
23
24
25
26
27
28

58753.1                                -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES