FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-2743-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

19

20        WHEREAS, on July 5, 2005, Plaintiffs filed the instant action in the Northern

21  District of California ("Brauch Action");

22        WHEREAS, on or about July 11, 2005, Plaintiffs moved before the Judicial Panel

23  on Multi-District Litigation ("MDL") to transfer and coordinate or consolidate for pre-trial

24  proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion");

25

26

SF/21642089.1

Case No. C 05-2743 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1  WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2  relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3  all dates, events and deadlines in the action;

4  WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5  WHEREAS, the outcome of the MDL Motion will impact significantly the
6  schedule of this case;

7  THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8  by and among counsel for Brauch Plaintiffs and counsel for Defendant Intel Corporation, that
9  any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12 applicable to this case should be stayed pending the outcome of the aforementioned MDL
13 Motion; and

14 IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15 management conference is rescheduled by the Court, the parties shall adjust the dates for any
16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18 accordingly.

19 IT IS HEREBY STIPULATED.

20 Dated: October 31, 2005

THE FURTH FIRM LLP

LAW OFFICES OF FRANCIS O. SCARPULLA

ZELLE, HOFFMANN, VOELBEL, MASON & GETTE LLP

By:_____ /s/ Alex C. Turan_____
Alex C. Turan
Attorneys for Plaintiffs
Michael Brauch and Andrew Meimes

SF/21642089.1
2
Case No. C 05-2743 (MHP)
STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

Dated: October 31, 2005                    BINGHAM McCUTCHEN LLP

By: _____/s/ Joy K. Fuyuno_____
           Joy K. Fuyuno
      Attorneys for Defendant
         Intel Corporation

## [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

**IT IS SO ORDERED.**

Dated: 11/7/05

_____
Honorable Marilyn H. Patel
United States District Court Judge